Case 3:21-cv-00047   Document 21   Filed on 08/09/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 09, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

No. 3:21-0047

Jerry John Cadiere, Jr., # 408086, Plaintiff,

v.

Galveston County Jail, *et al.*, Defendants.

### ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge*:

Jerry John Cadiere, Jr., formerly an inmate at the Galveston County Jail, has been granted leave to proceed *in forma pauperis*. On July 22, 2022, the court ordered Cadiere to pay the $350 filing fee in this action by submitting monthly payments of $5 or more until the entire fee is satisfied. On August 2, 2022, the order was returned to the court as undeliverable. Cadiere has not provided the court with his current address as previously ordered. Dkt. 6, at 3.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if

the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes submission of an updated address and payment towards the filing fee, as previously instructed.

The court orders that this case is dismissed without prejudice. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this __9th__ day of __August_____, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE